**STATE of Missouri, Respondent,**

v.

**Jorge FERNANDEZ-MOLINA, Appellant.**

**WD 78103**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 23, 2016

Emmett Queener, Columbia, MO, for Appellant

Mary H. Moore, Jefferson City, MO, for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

**ORDER**

Per Curiam:

Jorge A. Fernandez-Molina appeals from a judgment entered upon a jury verdict convicting him of statutory sodomy in

the first degree, Section 566.062, RSMo Cum. Supp. 2006. We affirm. Rule 30.25(b).